NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAVVAS LYKOUDIS,                     )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No.  2D17-1059
                                     )
STEPHANIE ELDER, M.D.,               )
                                     )
          Appellee.                  )
_____)

Opinion filed August 22, 2018.

Appeal from the Circuit Court for Pinellas
County; Patricia Ann Muscarella, Judge.

Savvas Lykoudis, pro se.

Chandra Miller of Goodis Thompson &
Miller, St. Petersburg, for Appellee.


PER CURIAM.


          Affirmed.



LaROSE, C.J., and BLACK and SALARIO, JJ., Concur.